UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

PAUL WALN,

        Defendant.

NO. CR23-159 RSM

PRAECIPE FOR A SUMMONS

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

You will please issue a summons on an Indictment filed herein to:

PAUL WALN
c/o BRAD BARSHIS
Newton & Hall, Attorneys at Law, PLLC
610 Central Ave. S.
Kent, WA 98032

directing said individual to appear at the United States Courthouse, 700 Stewart Street, 12th Floor, Seattle, Washington 98101, before United States Magistrate Judge S. Kate Vaughan, on October 12th at 9:00 AM, to answer to an Indictment charging violations of Title 18 United States Code, Section 1349 and Title 18 United States Code, 1343 and Section 2.

SUMMONS - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 4th day of October, 2023.

*s/ C. Seth Wilkinson*
C. SETH WILKINSON

**SECRET: YES _____ NO \_\_X\_\_\_**