# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | NO. **CR23-159 RSM** |
|---|---|
| Plaintiff, | |
| v. | PRAECIPE FOR A SUMMONS |
| TAMARA KING, | |
| Defendant. | |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

You will please issue a summons on an Indictment filed herein to:

TAMARA KING
c/o CATHERINE MEEHAN
Patituce and Associates, LLC.
16855 Foltz Industrial Parkway
Strongsville, Ohio 44149

directing said individual to appear at the United States Courthouse, 700 Stewart Street, 12th Floor, Seattle, Washington 98101, before United States Magistrate Judge S. Kate Vaughan, on October 12th at 9:00 AM, to answer to an Indictment charging violations of Title 18 United States Code, Section 1349, Title 18 United States Code, 1343 and Section 2 and Title 18, United States Code, Section 1957 and Section 2.

SUMMONS - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 4th day of October, 2023.

*s/ C. Seth Wilkinson*
C. SETH WILKINSON

**SECRET: YES** _____ **NO** \_\_X\_\_\_